# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE TO AMEND OR CORRECT DEBTOR(S) NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Javiel Alberto Pineda
**SSN:** xxx−xx−7936
**EIN:** N/A

517 W Spruce St
Compton, CA 90220

**BANKRUPTCY NO.** 2:11−bk−11271−RN
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the above−debtor information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

Dated: January 13, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: smoultonC Page 1 of 1 Date Rcvd: Jan 13, 2011
Case: 11-11271 Form ID: nacd Total Noticed: 7

The following entities were noticed by first class mail on Jan 15, 2011.
db +Javiel Alberto Pineda, 517 W Spruce St, Compton, CA 90220-2043
smg Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001
smg Franchise Tax Board, ATTN: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952
smg Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200
28337910 +WELLS FARGO BANK NA, INDEX WEST LLC, 15000 SURVEYOR BLVD, ADDISON TX 75001-4417
28337909 +WELLS FARGO BANK NA, INDEX WEST LLC, 15000 SURVEYOR BLVD 500, ADDISON TX 75001-4417

The following entities were noticed by electronic transmission on Jan 14, 2011.
smg E-mail/Text: itcdbg@edd.ca.gov Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001
28337908 +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV UNITED STATES TRUSTEE, 725 S FIGUEROA ST, LOS ANGELES CA 90017-5524
TOTAL: 2

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28337907* +JAVIEL ALBERTO PINEDA, 517 W SPRUCE ST, COMPTON CA 90220-2043
TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011** **Signature:**

