**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>**Javiel Alberto Pineda** | Case No. 2:11-bk-11271-RN |
| | Chapter **7** |
| Social Security No. **xxx-xx-7936**<br>Social Security No. ________<br>Debtor(s) EIN No. ________ | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☒ I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

FILED
JAN 24 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

1. I paid the sum of $100.00
2. I still owe the sum of $0.00
3. I agreed to turn over or give a security interest in the following property:
4. The name of the person or the name of the firm that assisted me was:

   Name: **Estela Lopez**

   Address: **12025 Fourth Ave., Lynwood, CA 90262**

   Telephone: **310-638-1500**

☐ I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at **Compton, CA**, California.

Executed on: **January 24, 2011**
Date

**/s/ Javiel Alberto Pineda**
**Javiel Alberto Pineda**
Debtor

______________________
Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy